UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IGOR LEKOMTSEV,<br><br>                    Petitioner,<br><br>       v.<br><br>MERRICK GARLAND, et al.,<br><br>                    Respondents. | CASE NO. 2:23-cv-01919-DGE<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, and the remaining record de novo, and there being no objections, does hereby find and ORDER:

(1)    The Court ADOPTS the Report and Recommendation (Dkt. No. 9.)

(2)    Petitioner's federal habeas Petition is DISMISSED with prejudice.

(3)    The Clerk is directed to send copies of this Order to counsel for Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

**DATED** this 29th day of April, 2024.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1